FILED
CLERK

2:15 pm, Mar 14, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

ANDY MARCIAL,

                            Plaintiff,

-against-

CHOICE PRODUCTS & SERVICES, INC., SUNIL MATHEW, ARTHUR UMANSKY, and WAYNE HUGHES,

                            Defendants.

---------------------------------------------------------------- x

Case No.: 22-cv-00848
(GRB)(SIL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, with scanned PDF and/or facsimile signatures treated as originals.

Dated: 2/24, 2023

PHILLIPS & ASSOCIATES, PLLC
*Attorney for Plaintiff*

By: _____
Joshua M. Friedman, Esq.
585 Stewart Avenue, Suite 430
Garden City, New York 11530
(212)248-7431
jfriedman@tpglaws.com

Dated: March 13, 2023, ~~2022~~

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorney for Defendants*

By: _____
Keith Gutstein, Esq.
Taylor M. Ferris, Esq.
135 Crossways Park Drive Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com
tferris@kdvlaw.com

SO ORDERED: */s/ Gary R. Brown*
Dated: 3/14/2023

15